IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JERRY MEDINA FRADERA

IVELISSE RODRIGUEZ MARTINEZ

XXX-XX-9605

XXX-XX-1355

Debtor(s)

CASE NO. 04-05509 SEK

Chapter 13

FILED & ENTERED ON 01/11/2008

**O R D E R**

For the reasons stated in the Trustee's Motion to Dismiss filed on 11/20/2007, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 11 day of January, 2008.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
DEBTOR (S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES