UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:

   JERRY MEDINA FRADERA & IVELISSE RODRIGUEZ
   MARTINEZ
   ALTURAS VILLAS DE CASTRO
   JJ 56 CALLE 600
   CAGUAS, PR 00725-0072

Chapter 13
Case No. 04-05509-SEK
Judge:SARA DE JESUS
SSN #1 XXX-XX-9605
SSN #2 XXX-XX-1355

## TRUSTEE'S FINAL REPORT AND ACCOUNT

| Case Filed on: | Plan Confirmed on: | Case Closed on: |
|---|---|---|
| May 25, 2004 | October 26, 2004 | January, 30, 2008 |

THE SUBJECT CASE HAS BEEN DISMISSED AFTER CONFIRMATION

    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

| CREDITOR NAME<br>COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| AT&T MOBILITY PR<br>ORDER 11/23/2005 | DISALLOWED/WITHDRAWN | $1,053.56 | $0.00 | $0.00 | $0.00 |
| BANCO BILBAO VIZCAYA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANCO BILBAO VIZCAYA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANCO POPULAR DE PR | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CENTENIAL DE PR | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| COMMOLOCO INC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPARTAMENTO DE HACIENDA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DORAL BANK | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DORAL FINANCIAL CORP<br>AMENDED BY #8 | PAID DIRECT | $91,580.74 | $0.00 | $0.00 | $0.00 |
| DORAL FINANCIAL CORP | PAID DIRECT | $88,255.40 | $0.00 | $0.00 | $0.00 |
| DORAL FINANCIAL CORP<br>PRE & POST PETITION | MORTGAGE ARREARS | $17,444.20 | $9,526.42 | $0.00 | $7,917.78 |
| DORAL FINANCIAL CORPORATION<br>AMENDED BY #6 | PAID DIRECT | $71,167.19 | $0.00 | $0.00 | $0.00 |
| EMPRESAS BERRIOS INC | UNSECURED | $1,965.31 | $0.00 | $0.00 | $1,965.31 |
| FIRSTBANK DE PR/WESTERN AUTO | UNSECURED | $791.12 | $0.00 | $0.00 | $791.12 |
| FORD MOTOR CREDIT COMPANY | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

JERRY MEDINA FRADERA & IVELISSE RODRIGUEZ MARTINEZ                CASE NO.04-05509-SEK

| CREDITOR NAME<br>COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---:|---:|---:|---:|
| H.F. MORTGAGE CORPORATION<br>POST PETITION / FILED BY ATTY / SEE #6 | MORTGAGE ARREARS | $6,435.55 | $0.00 | $0.00 | $0.00 |
| LIBERTY VISION OF PR | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MACYS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS INC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| RADIOSHACK | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SEARS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SEARS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| TRANSWORLD SYSTEMS INC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| TRASWORLD SYSTEM | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| US DEPARTMENT OF EDUCATION | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WORLD FINANCIAL CORP | PAID DIRECT | $1,536.29 | $0.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---:|---:|---:|---:|
| Amount Allowed | $277,472.93 | $0.00 | $2,756.43 | $280,229.36 |
| Principal Paid | $9,526.42 | $0.00 | $0.00 | $9,526.42 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors(Principal and Interest) :                $9,526.42

Debtor Refunds :                                                    $0.00

ATTORNEY FEES

Attorney for the case : ROBERTO FIGUEROA CARRASQUILL*
Total Fees Allowed :                                            $1,400.00
Total Paid Outside the plan :                                     $100.00
Total Paid in the Plan :                                        $1,400.00

COSTS OF ADMINISTRATION

Trustee was paid :                                              $1,043.58
The Clerk of the Court was paid :                                   $0.00


Plan Base :                                                    $25,080.00
Debtor Refund :                                                     $0.00
Adjusted Total Paid In :                                       $11,970.00

```
Total Receipts:                                                              $11,970.00
Total Disbursements:                                                         $11,970.00
```

    I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

    WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

    NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: January 31, 2008                                                /s/ José R. Carrión  
                                                                                   JOSE R. CARRION, TRUSTEE

04-05509-SEK                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JERRY MEDINA FRADERA<br>ALTURAS VILLAS DE CASTRO<br>JJ 56 CALLE 600<br>CAGUAS, PR 00725-4726 |
| AT&T MOBILITY PR<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 | BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CENTENIAL DE PR<br>PO BOX 71333<br>SAN JUAN, PR 00936-8433 |
| COMMOLOCO INC<br>PO BOX 363769<br>SAN JUAN, PR 00936-3769 | DEPARTAMENTO DE HACIENDA<br>BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DORAL BANK<br>ATTN: LUIS RIVERA<br>PO BOX 308<br>CATANO, PR 00963-0208 | DORAL FINANCIAL CORP<br>PO BOX 9024253<br>SAN JUAN, PR 00902-4253 |
| DORAL FINANCIAL CORPORATION<br>PROFESSIONAL RESEARCH<br>PO BOX 195079<br>SAN JUAN, PR 00919-5079 | EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| FIRSTBANK DE PR/WESTERN AUTO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | FORD MOTOR CREDIT COMPANY<br>PO BOX 364189<br>SAN JUAN, PR 00936-4189 |
| H.F. MORTGAGE CORPORATION<br>PO BOX 13988<br>SAN JUAN, PR 00909-3988 | LIBERTY VISION OF PR<br>PO BOX 8759<br>CAGUAS, PR 00726-8759 |
| MACYS<br>PO BOX 4583<br>CAROL STRM, IL 60197-4583 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 192478<br>SAN JUAN, PR 00919-2478 |

| | |
|---|---|
| RADIOSHACK<br>PO BOX 9025<br>DES MOINES, IA  50368-9025 | SEARS<br>PO BOX 6924<br>THE LAKES, NV  88901-6924 |
| SEARS<br>PO BOX 105491<br>ATLANTA, GA  30348 | SEARS ROEBUCK DE PR INC<br>PO BOX 71204<br>SAN JUAN, PR  00936-7604 |
| SEARS ROEBUCK DE PR, INC<br>PO BOX 71204<br>SAN JUAN, PR  00936-7604 | TRANSWORLD SYSTEMS INC<br>5880 COMMERCIAL BLVD<br>ROHNERT PARK, CA  94928-1691 |
| TRASWORLD SYSTEM<br>670 PONCE DE LEON STE 204<br>SAN JUAN, PR  00907 | US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30353-0260 |
| WORLD FINANCIAL CORP<br>PO BOX 364027<br>SAN JUAN, PR  00931-4027 | |

DATED:   January 31, 2008

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE